The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on April 15, 2015, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 15, 2015



_____
ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-16983-aih |
| | ) | |
| SCOTT ANDREW BEALE | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge: ARTHUR I. HARRIS |
| | ) | |
| FLIGHT TEST AVIATION, INC. | ) | Adversary No. 14-01001-aih |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT ANDREW BEALE | ) | |
| | ) | |
| Defendant | ) | |

## JUDGMENT BY DEFAULT

Default was entered against Defendant Scott Andrew Beale on March 26, 2015. Therefore, on motion of Plaintiff Flight Test Aviation, Inc., judgment is entered against Defendant Scott Andrew Beale and in favor of Plaintiff Flight Test Aviation, Inc. as follows.

**IT IS SO ORDERED THAT:** The judgment granted in favor of Plaintiff and against Defendant by The United States District Court for the Eastern District of Virginia, in the matter of *Flight Test Aviation, Inc. v. Scott A. Beale*, Case No. 1:13-cv-145, on July 15, 2014, as to Count III (Fraud) of the Complaint, in the amount of $500,000.00 in compensatory damages and $100,000.00 in punitive damages is excepted from the Debtor's discharge pursuant to 11 U.S.C. §523(a)(2).

### # # #

Submitted by:

/s/ Melody Dugic Gazda
Melody Dugic Gazda (#0047122)
HENDERSON, COVINGTON, MESSENGER,
NEWMAN & THOMAS CO., L. P. A.
6 Federal Plaza Central, Suite 1300
Youngstown, Ohio 44503
Telephone: (330) 744-1148
Facsimile: (330) 744-3807
E-mail: mgazda@hendersoncovington.com
  *Attorney for Plaintiff, Flight Test Aviation, Inc.*